**Ernest C. Lamphere v. Douglas K. Matulonis, J. H. Walker Co., Inc. and Continental Telephone Co. of Vermont, Inc. v. Sebago Lake Garage**

[392 A.2d 387]

No. 315-77

Present: **Barney, C.J., Daley, Larrow, Billings and Hill, JJ.**

Opinion Filed September 11, 1978

Appellee's Motion To File Stipulation Out of Time Denied September 28, 1978

Appellee's Motion for Reargument Denied as Untimely Filed, V.R.A.P. 40, September 28, 1978

*Bruce M. Lawlor,* Law Offices of *Douglas Richards,* Springfield, for Defendant-Appellant Walker.

*Barbara E. Cory* of *Dinse, Allen & Erdmann,* Burlington, for Defendant-Appellee Sebago.

**Per Curiam.** This case arises from the same facts involved in *Hallie L. Robbins* v. *Douglas K. Matulonis, J. H. Walker Co., Inc., and Continental Telephone Co. of Vermont, Inc.* v. *Sebago Lake Garage,* Docket No. 314-77, this day decided. Only the plaintiffs, injured in the same accident, are different. By agreement of the parties, the cases were briefed and argued together in this Court. At issue in each case is the granting by the trial court of a motion to dismiss for lack of jurisdiction over the person, filed by Sebago Lake Garage. For the reasons set out in the *Robbins* opinion, the entry is:

*The order granting the motion to dismiss Sebago Lake Garage is reversed and the cause is remanded.*